IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03-MC-00122-GCM

| IN RE: | ) | |
|---|---|---|
| | ) | |
| NONJUDICIAL FORFEITURE | ) | |
| PROCEEDING INVOLVING | ) | **ORDER** |
| $49,685.00 IN UNITED STATES | ) | |
| CURRENCY | ) | |
| | ) | |

THIS MATTER COMES BEFORE THE COURT on Percy James Tucker's September 12, 2016 Miscellaneous Filing (Doc. No. 9) and the Government's Response (Doc. No. 10). To date, this matter remains resolved and closed as related to the instant case. (See Docket). For good cause shown, the Miscellaneous Filing is **DENIED** and the Government's Response is **GRANTED**.

**SO ORDERED**.

Signed: February 6, 2017

Graham C. Mullen
United States District Judge